Certificate Number: 16339-PAM-DE-036160623

Bankruptcy Case Number: 21-02420



16339-PAM-DE-036160623

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 24, 2021, at 7:23 o'clock AM EST, Danielle Poole completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 24, 2021    By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor