UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DANIELLE NICOLE POOLE          :   CHAPTER 13
          Debtor(s)                              :
                                                 :
          JACK N. ZAHAROPOULOS                    :
          STANDING CHAPTER 13 TRUSTEE            :
          Movant                                 :
                                                 :
          vs.                                    :
                                                 :
          DANIELLE NICOLE POOLE                  :
          Respondent(s)                          :   CASE NO.   1-21-bk-02420


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this   16th   day of December, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.   Debtor(s)' plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

      Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

      a.   New job
      b.   Explain and verify expense for "Feed, care, shelter, maintenance, bedding, preventive care".

      2.   Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

      a.   Last paystub dated on or about December 31, 2021.
      b.   Current Profit and Loss Statement for twelve (12) months of 2020 for non-filing spouse.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this  20th  day of December, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA 27331

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee