IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DANIELLE NICOLE POOLE | : | |
| fka Danielle Reed-Gypins | : | CASE NO. 1:21-bk-02420 |
|   Debtor | : | |
| | : | |

**WITHDRAWAL OF APPEARANCE OF NICHOLAS G. PLATT, ESQUIRE
AND ENTRY OF APPEARANCE OF KARA K. GENDRON, ESQUIRE**

    PLEASE TAKE NOTICE that Nicholas G. Platt, Esquire hereby withdraws his appearance as counsel for the Debtor and Kara K. Gendron, Esquire enters her appearance in the above–captioned Chapter 13 bankruptcy proceeding as counsel for the Debtor, and pursuant to Bankruptcy Rules 2002 and 9010, respectfully requests that all notices given or required to be given in this case by the Court, the United States Trustee, all Creditors, and/or any other party in interest in this case be given at the address and to the persons and telephone number set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, statement of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise:

        Kara K. Gendron, Esquire
        Mott & Gendron Law
        125 State Street
        Harrisburg PA 17101
        Telephone: 717. 232.6650
        karagendron@gmail.com

        /s/ Kara Gendron

        _____
        Kara K. Gendron, Esquire
        Counsel for Debtors

        /s/ Nicholas G. Platt
        _____
        Nicholas G. Platt, Esquire
        Mooney Law
        230 York St,
        Hanover, PA 17331
        (717) 233-1151

        /s/Danielle Nicole Poole

        _____
        Danielle Nicole Poole